CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 12 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEPHEN M. BLANTON, | )<br>)<br>) |
| Plaintiff, | ) Case No. 7:10CV00547<br>) |
| v. | )<br>) ORDER<br>) |
| CULPEPER COUNTY ET AL., | ) By: Glen E. Conrad<br>) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that all claims against Culpeper County and Orange County, Virginia are **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2). By separate order, the court will direct the clerk to attempt service of process upon the other defendants that plaintiff has named.

ENTER: This 12th day of January, 2011.

_____
Chief United States District Judge